UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————————————X

DUNG NGUYEN and NGOC-ANH VU,

                Plaintiff(s),

-against-

MORRISON HEALTHCARE,

                Defendant(s).

————————————————————————————X

**AFFIRMATION
IN SUPPORT OF
PLAINTIFFS' OPPOSITION**

Case No. 1:16-cv-01351

    Glen Devora, an attorney duly admitted to practice before the courts of this State, and of JONATHAN D'AGOSTINO & ASSOCIATES, P.C., attorneys for plaintiffs, submits affirmation in opposition to the Motion for Summary Judgment filed on behalf of Defendant MORRISON HEALTHCARE.

1      I am fully familiar with all of the pleadings and proceedings had in this matter previously, and make this affirmation in opposition to the motion by defendant MORRISON.

2.      Annexed hereto as exhibit "1" is the deposition transcript of Plaintiff

3.      Annexed hereto as exhibit "2" is the deposition transcript of Renu Sethi, an employee of Defendant Morrison.

4.      Annexed herto as exhibit "3" is the deposition transcript of Paul Testeverde, an employee of Defendant Morrison.

5.      Annexed hereto as exhibit "4" are photographs depicting the accident location

6.      Annexed hereto as exhibit "5" is the non party deposition testimony of Elzbieta Mackiewicz.

7.      Annexed hereto as exhibit "6" is the non party deposition testimony of Ramatu

Wurie

8.    As is explained in the accompanying memorandum of law, defendant's motion for summary judgment must be denied as there are numerous questions of fact, including whether defendant owed a duty to plaintiff and whether defendant created the dangerous condition.

WHEREFORE, affirmant respectfully requests that the within motion be in all respects denied, together with such other, further, and different relief as to this Court seems just and proper.

DATED:    STATEN ISLAND, NY
          June 30, 2017

_____
Glen Devora, Esq.