<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK, COUNTY OF RICHMOND ss.:

MaryLynn Pica being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in RICHMOND County in the State of New York.

I served a true copy of the annexed

**Memorandum of Law;  Affirmation; Exhibits**

**Response to Defendant's Rule 56.1 Statement**

on June 30, 2017

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

William E. Vita, Esq.
WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP
Attorney for Defendant
1201 RXR Plaza
Uniondale, NY   11556

MaryLynn Pica

Sworn to before me June 30, 2017

Notary Public

MYRA MARTINEZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA6108670
Qualified in Richmond County
My Commission Expires April 19, 20__