UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DUNG NGUYEN and NGOC-ANH VU,

               Plaintiffs,

    vs.

MORRISON HEALTHCARE,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:   Case No.: 1:16-cv-01351

:   **NOTICE OF MOTION**
:   **FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that, upon the annexed affirmation of William E. Vita, Esq., sworn to on June 2, 2017, upon the accompanying memorandum of law dated June 2, 2017, and the Rule 56.1 Statement dated April 5, 2017, with the exhibits thereto, and upon all pleadings and proceedings herein, defendant Morrison Management Specialists, Inc., incorrectly sued herein as Morrison Healthcare ("Morrison"), will move this Court before the Honorable Judge LaShann DeArcy Hall, U.S. District Court Judge, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order pursuant to Federal Rule of Civil Procedure 56, dismissing all of the plaintiff's claims against the defendant.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's Order dated

May 16, 2017, opposition affidavits and papers, if any, must be served on or before June

30, 2017 and defendant's reply papers will be served on or before July 14, 2017.


Dated: Uniondale, New York
         June 2, 2017


                                   Respectfully submitted,



                              By:_____
                                   William E. Vita, Esq.
                                   WESTERMAN BALL EDERER MILLER
                                   ZUCKER & SHARFSTEIN, LLP
                                   1201 RXR Plaza
                                   Uniondale, NY 11556
                                   Telephone: 516-622-9200
                                   Facsimile:  516-622-9212
                                   wvita@westermanllp.com

                                   Anthony R, Martinez (Admitted *Pro
                                   Hac Vice*)
                                   SHOOK, HARDY & BACON L.L.P.
                                   2555 Grand Boulevard
                                   Kansas City, MO 64108-2613
                                   Telephone: 816-474.6550
                                   Facsimile:  816-421-5547
                                   amartinez@shb.com

                                   *Attorneys for Defendant
                                   Morrison Management Specialists, Inc.*