UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DUNG NGUYEN and NGOC-ANH VU,

                        Plaintiffs,

    vs.

MORRISON HEALTHCARE,

                        Defendant.

: Case No.: 1:16-cv-01351

**AFFIRMATION OF
WILLIAM E. VITA, ESQ. IN
SUPPORT OF SUMMARY
JUDGMENT MOTION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

William E. Vita, an attorney duly admitted to practice law before all the Courts of New York State, and this Court hereby affirms, under the penalties of perjury, as follows:

1.     I am a partner in the law firm of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, attorneys for Morrison Management Specialists, Inc., incorrectly sued herein as Morrison Healthcare ("Morrison"), and I am fully familiar with the facts and the circumstances contained herein.

2.     This affirmation is submitted in support of Morrisons' summary judgment motion, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

3.     Attached to Morrison's Rule 56.1 Statement as Exhibit A is a true and accurate copy of the deposition transcript of Dung Huu Nguyen.

4.     Attached to Morrison's Rule 56.1 Statement as Exhibit B is a true and accurate copy of the contract between Staten Island University Hospital and Morrison.

5.     Attached to Morrison's Rule 56.1 Statement as Exhibit C is a true and accurate copy of the Work Injury Report for the plaintiff.

6.      Attached to Morrison's Rule 56.1 Statement as Exhibit D is a true and accurate copy of the deposition transcript of Renu Sethi.

**WHEREFORE**, for the reasons stated above, Morrison respectfully requests that this Court enter an Order granting its Motion for Summary Judgment in its entirety and dismissing all of plaintiff's claims and granting such other and further relief as the Court deems just and proper.

Dated:  Uniondale, New York
        June 2, 2017

WILLIAM E. VITA