# Exhibit
# A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------x

DUNG NGUYEN AND NGOC-ANG VU,

                    Plaintiffs,

        vs.

MORRISON HEALTHCARE,

                    Defendant.

Case No.   1:16-cv-01351

-------------------------------------------x

                              Address
                              City, State

                              October 18, 2016
                              10:23 a.m.


        Examination Before Trial of the

Plaintiff, DUNG HUU NGUYEN s/h/a DUNG NGUYEN,

pursuant to Order, before Elizabeth

Santamaria, a Court Reporter and Notary Public

of the State of New York.




                REALTIME REPORTING, INC.
            124 East Main Street, Suite 202
              Babylon, New York 11702
                    516-938-4000
              www.realtimereporting.com

8

Nguyen

injury?

A.    Yes, that's correct.

Q.    So prior to your injury you had been working at the Staten Island University Hospital for ten to fifteen years?

A.    I started to work there in 2002 and I had the accident in 2014.

Q.    Were you always a cook at Staten Island University Hospital?

A.    So not completely.  At the beginning I was a cook, but I could only have the part-time job because they don't have the full-time position for a cook there.  Then later on full-time position open as a cook as well.  Open the cardiology department inside the hospital.  That's where I was employed as a full-time employee for six or seven years.

And then after that they open a full-time position for the cook at the hospital so I return back to the hospital to be a full-time cook.

Q.    The full-time job in the cardiology department, what was your position? What did you do?

9

Nguyen

A.    I was taking the patients to some of the area that they need to do tests or blood tests or pictures taken. I take them to those locations.

Q.    And then after the six or seven years you became a cook, was that the same position that you had when you were injured in 2014?

A.    Yes, that's correct.

Q.    You became a cook around 2008? 2009?

A.    I don't really remember exactly what year it was. I think it's approximately those years, but I really don't remember exactly, because I just remember that I was moved from the cardiology offices to the hospital to be a cook.

Q.    When you became a cook until you were injured in 2014, what was your highest yearly salary?

A.    So the maximum I received was $24 an hour. That was at a time when I work in different time shift.

Q.    How many hours would you work a

36

Nguyen

Gasper.

Q.    He was a what?

A.    He was the porter bringing everything around the kitchen and his name was Gasper.  I don't know how to spell it.

Q.    Do you know if he has taken any other photos, other than these three?

A.    Well he, that's what he took and he took it to my son -- my daughter.

Q.    Now, when you arrived on June 26, 2014, are these the steam tables that you were serving customer's food out of?

A.    Yes.  I was serving them out of that for the lunch that day.

Q.    Do you remember what you were serving?

A.    I don't remember.  Because every day the food changes -- changed, and I can't remember.

Q.    And just to get our bearings straight, on Exhibit 3 there is a gentleman in a blue shirt it looks like.  Would that be a customer?

A.    I have no idea if it was the

37

Nguyen

customer or maybe it could be a manager.

Q.    Is that typically where a customer would be able to serve food?

A.    Yes, I think so, because it is in front of those steam things.

Q.    And then you would be on the other side?

A.    Yes.  Yes, I was always behind the counter.

Q.    Now, going back to the day of the accident on June 26, 2014.  Had you actually served any customers prior to the time you fell?

A.    Yes, yes.  I remember I did.

Q.    Do you remember how many customers you had served?

A.    I think just only one or two, not many.

Q.    So after you had served one or two customers describe to me how you fell.

A.    So I, at that time, I was checking the food and see if we have enough or we need to refill them.  So when I started to leave the counter to go and get some refill as

38

Nguyen

in the picture there, that's where I fell.

Q. How did you fall?

A. At that time I felt like my steps were -- my feet were entangled by some string and the string made my steps very heavy and that's where I fell down.

Q. Do you know what entangled your feet or your legs?

A. That's the electrical string.

Q. And where did the electrical cord come from?

A. Those electrical wires were connected from the food -- the food containers, the hot one, to the outlet in order to put the electricity in the equipment.

Q. I am just trying to -- this is kind of the important part of where you fell so I am trying to get as detailed as possible to the extent you remember.

So let's look at Exhibit 3. There are some cords coming out of the steam tables. Are those the cords that you are claiming that you fell on?

A. No, not that one. No, that's not

79

Nguyen

A.    Yes.

Q.    How much do you receive from Social Security?

A.    $756.  $750 or $760.  Somewhere there.  I can't remember.

Q.    And that's a month?

A.    Yes.

Q.    Other than those three sources that you just talked about, do you receive payment from any other entity?

A.    No.

Q.    Has anybody -- any doctor told you that you are physically unable to go back to work?

A.    You said the doctor?

Q.    Has any doctor.

A.    The doctors told me that I am not able to go back to work as of right now.

Q.    Have you ever seen the agreement between Morrison and the hospital that you used to work at?

A.    No, I don't know.  I never seen it.

MR. MARTINEZ:  Let's take a quick