# Exhibit C

# WORK INJURY / ILLNESS OCCURRENCE REPORT

**ENTRY DATE:** June 26, 2014    **OCCURRENCE #:** 0

## EMPLOYEE'S PERSONAL INFORMATION

| | | |
|---|---|---|
| NAME: Nguyen,Dung H | EMPLID: 171105 | WORK LOCATION: Staten Island U Hosp North |
| SUPERVISOR'S NAME: Coyne,Michael | | SUPERVISOR'S TITLE: Assoc Exec Dir |
| SUPERVISOR'S EMAIL: MCoyne2@NSHS.edu | | |

### PHONE INFORMATION

| PHONE TYPE | TELEPHONE | PREFERRED |
|---|---|---|
| MAIN | 718/761-3233 | Yes |

### EMAIL ADDRESSES

| EMAIL TYPE | EMAIL ADDRESS | PREFERRED |
|---|---|---|
| HOME | hung_n_33615@yahoo.com | Yes |

## EMPLOYEE ACCIDENT OCCURRENCE REPORT

| | |
|---|---|
| DATE AND TIME OF ACCIDENT: | June 26, 2014    12:10 PM |
| WHAT TIME DID YOU BEGIN WORK ON THE DATE OF THE ACCIDENT: | 12:00 PM |
| YOUR USUAL SHIFT IS: | Evenings |
| WAS THIS YOUR USUAL SHIFT: | Yes |
| EXACT WORK LOCATION WHERE INJURY OCCURRED: | In cafeteria by hot food |

### INJURY DESCRIPTION

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. WHAT HAPPENED? | | | Tripped over electrical cord and fell | | | | | | | |
| 2. WERE YOU DOING YOUR REGULAR JOB WHEN INJURED? | Yes | | | | | | | | | |
| 3. WHAT SUBSTANCE OR OBJECT INJURED YOU? | | | electrical cord | | | | | | | |
| PRIMARY BODY PART INJURED? | Knee | Front | | Back | | Both Front/Back | | Not Applicable | X | |
| | | Left | | Right | X | Both Left/Right | | Not Applicable | | |
| ADDITIONAL BODY PARTS INJURED? | Back (Lower) | Front | | Back | | Both Front/Back | | Not Applicable | X | |
| | | Left | | Right | X | Both Left/Right | | Not Applicable | | |
| ADDITIONAL BODY PARTS INJURED? | | Front | | Back | | Both Front/Back | | Not Applicable | X | |
| | | Left | | Right | | Both Left/Right | | Not Applicable | X | |
| HAVE YOU PREVIOUSLY HAD A SIMILAR INJURY AND/OR AN INJURY TO THE SAME BODY PART(S)? | No | | | | | | | | | |
| DID YOU GO OR ARE YOU GOING TO THE EMERGENCY DEPARTMENT FOR TREATMENT? | No | | | | | | | | | |
| WITNESSES (PEOPLE PRESENT AT TIME OF INJURY OR ACCIDENT)? | Yes | | | | | | | | | |

#### WITNESS NAMES / WITNESS PHONE

| WITNESS NAMES | WITNESS PHONE |
|---|---|
| Elizabeth | 718/226-8067 |
| Ro Ramatu | 718/226-8067 |

#### ADDITIONAL COMMENTS

No Additional Comments

## EMPLOYEE CONFIRMATION

| EMPLOYEE ATTESTATION: | EMPLOYEE NAME: | SUBMISSION DATE: |
|---|---|---|
| I ATTEST THAT THE INFORMATION IN ☒ THIS FORM IS ACCURATE TO THE BEST OF MY KNOWLEDGE. | Dung Nguyen | June 26, 2014 |

*Nguyen-000001*