# Exhibit D

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
DUNG NGUYEN and NGOC-ANH VU,

                                    PLAINTIFFS,

              -against-              Index No.:
                                    1:16-cv-01351

MORRISON HEALTH CARE,

                                    DEFENDANT.
------------------------------------------------X

                         DATE:   October 17, 2016

                         TIME:   1:53 p.m.

              DEPOSITION of the Defendant,

MORRISON HEALTH CARE, by a witness, RENU

SETHI, taken by the Plaintiffs, pursuant to

an Order, held at the offices of Westerman

Ball Ederer Miller Zucker & Sharfstein,

LLP, 1201 RXR Plaza, Uniondale, New York

11556, before Laura Antidormi, a Notary

Public of the State of New York.

37

RENU SETHI

seeing the steam tables.

Q.    That would have been before 2012, but after 2009?

A.    Yes.  Early part of their contract when they first got there.

Q.    Do you recall the steam tables being in the same location as they were in 2014?

A.    Yes.

Q.    The steam tables that Morrison was using on June 24th -- withdrawn.

The steam tables that Morrison was using on June 26th, 2014, when did Morrison purchase those steam tables?

A.    I don't remember that.

Q.    Do you know who the owner of those steam tables was; was it Morrison or was it somebody else?

A.    So whatever equipment we purchased were -- you know, it's the hospital's equipment, so all of the equipment belongs to the hospital.  So if we were to leave, if Morrison was to leave, the equipment is the hospital's.

RENU SETHI

MR. DEVORA:  Back on the record.

EXAMINATION BY

MR. MARTINEZ:

Q.    I am just going to ask you a couple of follow-up questions here.  The cooks, like the Plaintiff in this case, does Morrison hire that person?

A.    So, it's a process.  The hospital actually recruits the people. They do the first cuts, they do the background checks, the reference checks. They do everything and then they give you a couple of people to select from.  And then you select, you know, the person you may want.

Q.    Does Morrison or the hospital hire that person?

A.    No, all of the hiring is done by the hospital.  They are on their payroll, their books, their systems.

Q.    On the other side, can Morrison fire a cook, like the Plaintiff, in this case?

92

RENU SETHI

A.    No, you can't.  You have to go through a process with human resources. You have to work with them, keep them updated as to what's going on and, generally, firing a cook would take months and years to make it happen unless something egregious happens.  But it would be a progressive discipline that where, every step of the way, HR would be informed and they would give you the guidance to do it.

Q.    When you say "HR," the hospital's HR?

A.    Yeah, hospital's HR.

Q.    Not Morrison?

A.    No, not Morrison.  None of Morrison's systems come into managing the employees.

Q.    It's all the hospital?

A.    It's all hospital.

Q.    When it comes to the equipment, is that owned by Morrison or is it owned by the hospital?

A.    It's owned by the hospital.

93

RENU SETHI

Q. I think you used the term, at one point -- you said -- I think you were talking about where the steam tables were and you said, I never requested a move on it.

Does the hospital have all the say where the equipment is located in the cafeteria?

A. Well, the -- we can move a table from here to there, but moving and equipment there requires a lot. You would have to work with engineering, you would have to work with all different departments to make it happen, so -- so, yeah, I couldn't just pick up and move things.

Q. Does that include the table with the three steam tables?

A. Yes, that includes that.

Q. Would you have had to have permission from the hospital to move the steam tables?

A. Yes, they would have had to relocate the electric. But there was no other place to put them. I mean, it never

RENU SETHI

came up, so...

MR. MARTINEZ:  That's all I have.

MR. DEVORA:  I have a couple of followups on that.

EXAMINATION CONTINUED

BY MR. DEVORA:

Q.    The electrical wires involved in the steam tables, do you know how long the actual wire was from the steamer to the outlet?

A.    So, you know, it's a bit of a tight fit from them to go from here to there (indicating).

Q.    From the steamer to the outlet?

A.    Yeah -- it's a tight fit.  You know, you have to kind of get it in there.  It's not hanging -- it's not like this (indicating).

Q.    With regard to the owner of the equipment, I think you said the hospital owns the actual steamer?

A.    Yes.

Q.    The steamers involved in this