UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DUNG NGUYEN and NGOC-ANH VU,

                     Plaintiffs,

    vs.

MORRISON HEALTHCARE,

                     Defendant.

Case No.: 1:16-cv-01351

**AFFIDAVIT OF SERVICE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK    )
                           ) ss:
COUNTY OF NASSAU    )

DIANA BECKER, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the County of Nassau in the State of New York; and

On June 2, 2017, I caused a true and correct copy of the annexed **MORRISON MANAGEMENT SPECIALISTS INC.'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING PAPERS and EXHIBITS** to be served by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of FEDERAL EXPRESS for delivery upon:

Glen Devora
Jonathan D'Agostino & Associates, P.C.
3309 Richmond Avenue
Staten Island, New York  10312
*Attorneys for Plaintiff*

                                                DIANA BECKER

Sworn to before me this
_____ day of May, 2017

_____
Notary Public

PAULA ANNETTE HENDERSON
Notary Public, State of New York
No. 01HE6233952
Qualified in Nassau County
Commission Expires January 3, 2019